# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RONALD STEWART A/K/A RONALD
STEWARD

NO. 2022 KW 0543

**AUGUST 29, 2022**

---

In Re:    Ronald Stewart a/k/a Ronald Steward, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-00-0583.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

   **WRIT GRANTED.** The district court is instructed to act on relator's application for postconviction relief filed April 21, 2021 on or before November 29, 2022.

                              **JMM**
                              **PMc**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT